IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br>v.<br><br>JOHN DOE, subscriber assigned IP address 24.192.224.190,<br><br>        Defendant. | Civil Action No. 1:13-cv-03694<br>Judge Ronald A. Guzman |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 24.192.224.190. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Plaintiff dismisses Defendant John Doe because the period of time for which the Internet Service Provider keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 6, 2013
                                                                             Respectfully submitted,

                                                                             By:    /s/ *Mary K. Schulz*
                                                                             Mary K. Schulz
                                                                             Schulz Law, P.C.
                                                                              1144 E. State Street, Suite A260
                                                                               Geneva, IL 60134
                                                                               Phone: 224-535-9510
                                                                               Email: SchulzLaw@me.com
                                                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: /s/ *Mary K. Schulz*
                                            Mary K. Schulz